UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Tariq Gill,

                     Petitioner,

     -against-

United States of America,

                     Respondent.
------------------------------------------------------------X

16 **CIVIL** 4933 (AJN)
13 **CR.** 777-3 (AJN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated October 5, 2021, Petitioner's motion to vacate Count Three of his conviction under 28 U.S.C. § 2255 is DENIED. As Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability shall not issue. See 28 U.S.C. § 2253(c)(2). The Court further finds pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**DATED:** New York, New York
          October 5, 2021

                                                    RUBY J. KRAJICK

                                                    Clerk of Court
                                 BY:
                                                    Deputy Clerk